IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOAMMAR BADAWI DOKHAN, *et al.*   )<br>   )<br>   Petitioners,   )<br>   )<br>v.   )<br>   )<br>GEORGE W. BUSH,   )<br>   President of the United States,   )<br>   *et al.*,   )<br>   )<br>   Respondents.   )<br>   ) | Civil Action No. 08-CV-987 (JDB) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

>JUDRY L. SUBAR
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 7342
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>202-514-3969

Dated: June 20, 2008                    Respectfully submitted,

>GREGORY KATSAS
>Acting Assistant Attorney General
>
>DOUGLAS N. LETTER
>Terrorism Litigation Counsel

  /s/ *Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-3969

Attorneys for Respondents