IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOAMMAR BADAWI DOKHAN, *et al.* )<br>           Petitioners, )<br>    v. )<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>           Respondents. ) | Civil Action No. 08-CV-987 (JDB) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

    TERRY M. HENRY
    U.S. Department of Justice
    Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W.   7th Floor
    Washington, D.C. 20530
    202-514-4107

Dated: June 22, 2008                        Respectfully submitted,

                                                    GREGORY KATSAS
                                                    Acting Assistant Attorney General

                                                      DOUGLAS N. LETTER
                                                      Terrorism Litigation Counsel

   /s/ *Terry M. Henry*
JOSEPH H. HUNT
VINCENT M. GARVEY
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107

Attorneys for Respondents