IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOAMMAR BADAWI DOKHAN, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-987 (JDB) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITIONERS' MOTION FOR ADVANCE NOTICE
OF ANY TRANSFER OF PETITIONER FROM GUANTANAMO BAY**

Respondents hereby request an extension of time to respond to petitioners' motion for advance notice of any transfer of petitioner from Guantanamo Bay and state as follows:

1. This case is a petition for writ of habeas corpus on behalf of an individuals held by the Department of Defense ("DoD") as an enemy combatant at the United States Naval Base, Guantanamo Bay, Cuba.

2. Petitioner filed a motion for preliminary injunction with his petition seeking advance notice of any transfer of petitioner from Guantanamo Bay. By agreement of the parties and order of the Court, respondents' response to petitioner's motion is currently due on June 27, 2008, with petitioner's reply due July 7, 2008. *See* Minute Order (Jun. 24, 2008).

3. Petitioner's motion raises serious issues, including issues related to separation of powers and Court jurisdiction. Respondents need additional time to adequately respond to the matters raised in petitioner's motion.

4.     Counsel for respondents request that respondents be permitted an extension of time until July 9, 2008, to file their response to petitioner's motion.

5.     To facilitate this requested extension of time, respondents agree that for the period from June 27, 2008, through the time of filing of respondents' response, respondents will provide counsel for petitioner 30-days' advance notice of any transfer of petitioner from Guantanamo Bay, should such a transfer be scheduled.

6.     Counsel for respondents has conferred with counsel for petitioner. In light of respondents' representations reflected in ¶ 5 above, counsel for petitioner does not oppose the requested extension for filing a response to petitioner's motion. Counsel for petitioner also requests that the time for petitioner's reply be extended until July 21, 2008; counsel for respondents do not object to such date for petitioner's reply.

WHEREFORE, the Court should order the briefing schedule proposed herein. A proposed order is attached.

Dated: June 27, 2008                          Respectfully submitted,

                                                        GREGORY KATSAS
                                                        Acting Assistant Attorney General

                                                        DOUGLAS N. LETTER
                                                        Terrorism Litigation Counsel

    */s/ Terry M. Henry*
JOSEPH H. HUNT
VINCENT M. GARVEY
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOAMMAR BADAWI DOKHAN, *et al.* | ) ) ) |  |
| Petitioners, | ) ) |  |
| v. | ) ) | Civil Action No. 08-CV-987 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) |  |
| Respondents. | ) ) |  |

**O R D E R**

Upon respondents' June 27, 2008 motion for an extension of time to respond to petitioners' motion for advance notice of any transfer of petitioner from Guantanamo Bay, it is hereby

ORDERED that respondents shall respond to petitioner's motion on or before July 9, 2008.  It is

FURTHER ORDERED that petitioner shall file any reply on or before July 21, 2008.

SO ORDERED.


Dated: June ____, 2008                              _____
                                                    John D. Bates
                                                    United States District Judge