# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) | |
| **GUANTANAMO BAY** ) | Civ. Action No. 08-0987 |
| **DETAINEE LITIGATION** ) | |

## STATUS REPORT ON PETITIONER MOAMMAR BADAWI DOKHAN

Pursuant to Judge Hogan's Scheduling Order dated July 10, 2008 and entered on July 11, 2008, counsel for Petitioner Moammar Badawi Dokhan ("Petitioner") submit the following status report:

1. Petitioner is a citizen of Syria.

2. Upon information and belief, Petitioner is presently detained and held in U.S. custody at Guantanamo under the ISN#317.

3. On June 9, 2008, Counsel filed a petition for *habeas corpus* on behalf of Petitioner and by and through Petitioner's next friend, Sami Al Hajj, who was detained at Guantanamo at or around the same time as Petitioner. Mr. Al Hajj's next-friend authorization is attached to Petitioner's *habeas corpus* petition.

4. Respondents have not provided counsel for Petitioner with any factual return, CSRT information (classified or unclassified), ARB information, or any other information regarding Petitioner Dokhan (or a detainee with ISN#317).

5. Upon information and belief, Petitioner was determined to be an enemy combatant by a Combatant Status Review Tribunal at some point during his detention.

6. There is no protective order of any nature currently entered in this case. Based on discussions with counsel for Respondents (namely Terry Henry) immediately following the filing of Petitioner's *habeas* petition, it is our understanding that Respondents would consent to entering the Standard Protective Order, ((1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004), in this case without waiving their right to request modification or amendment of such protective order.

7. Pursuant to Respondents' policy, until any such protective order is entered in this case, counsel for Petitioner are unable to travel to Guantanamo and meet with their client in person or otherwise engage in attorney-client communications.

8. Petitioner also filed a Motion for 30-Days Notice along with his *habeas* petition on June 9, 2008.  Due to intervening events (in-chambers meetings with Judges Lamberth and your Honor), counsel for both parties agreed to a delayed briefing schedule.  Your Honor's July 10th/11th Order regarding 30-day notice, however, subsumed the parties' briefing, and pursuant to such Order, Petitioner exchanged emails with Respondents (namely Terry Henry), requesting that its 30-day motion be considered "a request" for 30-days notice and Respondents agreed.  There is no 30-day notice order specifically entered in this case but it is Petitioner's

understanding that Respondents will provide such notice. Though your Honor's Order did not require it, Respondents should also provide the name of the country to which they propose transferring Petitioner so that counsel may determine whether challenging the transfer or removal is appropriate.

9. Counsel knows of no criminal charges before a military commission pending against Petitioner.

10. Counsel for Petitioner urges this Court to immediately (1) enter a Standard Protective Order, as described above, so that counsel can visit their client in person and have other attorney-client communications, and (2) order Respondents to provide the CSRT and ARB records (both classified and unclassified) no later than August 15, 2008, so that counsel may begin to ascertain the next appropriate steps regarding Petitioner's *habeas* hearing before this Court.

Dated: July 17, 2008

Respectfully submitted,

*Counsel for Petitioner Dokhan* (08-cv-0987)

 /s/ Kristine A. Huskey
Kristine A. Huskey (D.C. Bar #462979)
Scott Sullivan
National Security & Human Rights Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-3657
Fax: 512-232-0800

Shayana D. Kadidal
D.C. Bar ID #454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212-614-6438
Fax: 212-614-6499

## CERTIFICATE OF SERVICE

I, Eddie Maraboto, hereby certify that I today caused a true and accurate copy of the STATUS REPORT ON PETITIONER MOAMMAR BADAWI DOKHAN to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filings to all counsel of record.

       /s/ Eddie Maraboto
       Eddie Maraboto

Dated: July 17, 2008