UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOAMMAR BADAWI DOKHAN, et al.,<br><br>    Petitioners,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 08-0987(JDB) |
| SHAWALI KHAN,<br><br>    Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 08-1101 (JDB) |
| AHMED YASLAM SAID KUMAN,<br><br>    Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 08-1235 (JDB) |
| MUIEEN ADEEN JAMAL ADEEN ABD AL FUSAL ABD AL SATTAR,<br><br>    Petitioner,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 08-1236 (JDB) |

**ORDER**

The Court has issued Case Management Orders in the Guantanamo Bay detainee cases in which factual returns were filed before November 2008.  See, e.g., Hamlily v. Bush, Civil Action No. 05-0763 (Order entered December 22, 2008).  The Court intends to issue a similar case

management order in each of the above-captioned cases.  In anticipation of doing so, the Court hereby **ORDERS** the parties to comply with the following schedule:

1. The parties shall file briefs, not to exceed ten pages, setting forth their respective definitions of "enemy combatant," including any legal argument in support thereof, by not later than January 9, 2009.

2. The government shall file unclassified factual returns by not later than January 16, 2009.

3. The parties shall file any proposals to depart from the Case Management Order entered in <u>Hamlily v. Bush</u>, Civil Action No. 05-0763 (Order entered December 22, 2008) by not later than January 22, 2008. The filing shall not exceed 10 pages.

4. A status hearing is scheduled for January 27, 2009, at 2:00 p.m. in Courtroom 8.  The Court intends to hold the status hearing on the public record to the extent practicable.  If the parties believe that the discussion of classified information will, in their view, be necessary, they shall notify the Court in the filing due on January 22, 2009.

5. In light of the forthcoming case-specific case management orders that will soon be entered by this Court, the parties are relieved of their obligations under the Case Management Order entered by Judge Hogan on November 6, 2008 (as amended on December 16, 2008).

**SO ORDERED.**

                                          /s/ John D. Bates
                                          JOHN D. BATES
                                      United States District Judge

Date:  December 23, 2008