UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOAMMAR BADAWI DOKHAN, et al.,<br>　　　Petitioners,<br>　　　　v.<br>GEORGE W. BUSH, et al.,<br>　　　Respondents. | Civil Action No.  08-0987 (JDB) |

### ORDER

Upon consideration of [106] petitioner's motion to compel production of the declassified factual return, [110] respondents' opposition thereto, and the entire record herein, it is hereby **ORDERED** that respondents shall produce the declassified return to petitioner's counsel by not later than April 22, 2009.  Although the return is not due until April 24, 2009 under § I.A of the Case Management Order, respondents recognize that petitioner's counsel, Kristine Huskey, must be able to discuss the declassified return with petitioner when Ms. Huskey meets with him on April 23, 2009.  But respondents' proposal -- that the declassified return be produced on the date of her meeting -- does little to abate that concern because it does not provide Ms. Huskey with an opportunity to review the declassified return before meeting with petitioner.  Production on April 22, 2009, however, will give Ms. Huskey that opportunity without overly burdening respondents.  In producing the declassified return, respondents shall coordinate with Ms. Huskey to take into account her travel schedule to Guantanamo Bay.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates　　　
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　April 15, 2009