UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOAMMAR BADAWI DOKHAN, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-0987 (JDB) |
| ) | |
| BARACK H. OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Moammar Badawi Dokhan (ISN 317) and transferred him to the control of the Government of Portugal.

Accordingly, the transfer having taken place, Respondents hereby withdraw their request to have the Stipulation and Order (filed under seal on August 25, 2009) treated as protected information.[1]

Dated: August 30, 2009           Respectfully submitted,

                                  TONY WEST
                                  Assistant Attorney General

                                  JOSEPH H. HUNT
                                  Branch Director

---

[1] Consistent with this withdrawal, respondents have no objection to the Stipulation and Order being unsealed and placed on the public record.

TERRY M. HENRY
Assistant Branch Director

      /s/
ANDREW I. WARDEN (IN Bar No. 23840-49)
SCOTT D. LEVIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel:  202-616-5084
Fax: 202-616-8470
E-mail: andrew.warden@usdoj.gov

*Attorneys for Respondents*