**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOAMMAR BADAWI DOKHAN, et al.,**<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | Civil Action No. 08-0987 (JDB) |

### ORDER

Upon review of respondents' notice of transfer, it is hereby **ORDERED** that petitioner show cause, in writing and by not later than September 30, 2009, why his habeas petition should not be dismissed. It is further **ORDERED** that [153] the Stipulation and Order, filed under seal on August 25, 2009, is hereby unsealed.

**SO ORDERED**.

/s/

JOHN D. BATES
United States District Judge

Dated:   September 1, 2009