UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOAMMAR BADAWI DOKHAN, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 08-0987 (JDB) |

## ORDER

Pursuant to petitioner's response to the Court's September 1, 2009 Order to Show Cause why his habeas petition should not be dismissed, and upon consideration of the entire record herein, it is hereby **ORDERED** that petitioner's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:   September 23, 2009